CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

September 24, 2014

David Watkins Jones
Beck Redden LLP
1221 McKinney St. Ste. 4500
Houston, TX  77010-2029

D. Brent Lemon
Law Office O D. Brent Lemon
1201 Elm Street, Ste. 4880
Dallas, TX  75270-2035

RE:    Court of Appeals Number:    05-13-00831-CV
       Trial Court Case Number:    DC-10-00490

Style:  Meritage Homes of Texas, L.L.C. d/b/a Monterey Homes
        v.
        Ju-An Ruan, et al

        Please find attached the corrected opinion and/or page that issued on September 16, 2014 in the above referenced cause.

            * Page 12 of the above caused opinion has been corrected

         Please replace your previous copy with the enclosed.

                        Respectfully,

                        /s/ Lisa Matz, Clerk of the Court

    cc:    Carlos Cortez
           44th District Court Clerk, Dallas
           Publishers